

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-12-00308-CV
_____

PRINCIPAL WELLNESS COMPANY AND KRISTAL EHLE, APPELLANTS

V.

HELEN BROWN, APPELLEE

On Appeal from the 200th District Court
Travis County, Texas
Trial Court No. D-1-GN-10-001449, Honorable Tim Sulak, Presiding

June 7, 2013

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Pending before this Court is a *Joint Motion to Vacate and Render Judgment Pursuant to Settlement* filed by Appellants, Principal Wellness Company and Kristal Ehle, and Appellee, Helen Brown. The parties represent that all matters in controversy have been compromised and settled. Without passing on the merits of the appeal, we grant the motion.

Pursuant to the agreement of the parties, the trial court's judgment signed April 9, 2012, is hereby vacated and this appeal is dismissed with prejudice. TEX. R. APP. P. 42.1(a). Per the motion of the parties, costs are assessed against the party incurring them. TEX. R. APP. P. 42.1(d). Having vacated the trial court's judgment and dismissed this appeal at the request of the parties, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam